IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR65 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN KILPATRICK, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to continue trial (Filing No. 23). The Court notes defendant has filed a written waiver and affidavit re: speedy trial (Filing No. 20). The parties indicate they are continuing negotiations for a plea agreement. Accordingly,

IT IS ORDERED that trial of this matter is rescheduled for:

**Monday, September 18, 2006, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska. The parties need additional time to continue plea negotiations. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between September 5, 2006, and September 18, 2006, shall be deemed

excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 31st day of August, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court